

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00362-CR

| | | |
|---|---|---|
| MICHAEL CHRISTOPHER LEE, Appellant | § | On Appeal from the 396th District Court |
| | § | of Tarrant County (1881831) |
| V. | § | October 30, 2025 |
| | § | Memorandum Opinion by Justice Walker |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
      Justice Brian Walker